# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANNICK AGLIARDI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; OFFICER DECOITE; and DOES 1-10,<br><br>Defendants. | CASE NO. CV 18-01257 SJO (JPRx)<br>*[Hon. Judge S. James Otero, 1st Cthse, Ctrm. 10C]*<br>*[Mag. Jean P. Rosenbluth, Roybal Cthse, Ctrm. 690]*<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION**<br><br>**[Filed concurrently with Stipulation For Dismissal of Entire Action]** |

**GOOD CAUSE** appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action against Defendants **CITY OF LOS ANGELES and JAMES DECOITE** is dismissed with prejudice.

DATE:

_____
Judge S. James Otero
United States District Court Judge

1